Michael H. Trenholm (Bar No. 163,291)
mike.trenholm@knobbe.com
David G. Jankowski (Bar No. 205,634)
David.Jankowski@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff BEAUTY 21 COSMETICS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTY 21 COSMETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>24K COSMETICS INC., a New Jersey corporation;<br><br>Defendant. | Civil Action No. 2:17-cv-00783<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND TRADE DRESS INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff BEAUTY 21 COSMETICS, INC. ("Beauty 21"), for its Complaint against Defendant 24K COSMETICS INC. ("24K Cosmetics"), hereby alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims that relate to trademark infringement; false designation of origin; and trade dress infringement pursuant to sections 34(a) and 39(a) of the Lanham Act and 15 U.S.C. §§ 1116(a) and 1121(a), as these claims arise under the laws of the United States.

2. This Court has personal jurisdiction over 24K Cosmetics because it has a continuous, systematic, and substantial presence within this judicial district. For example, by selling and offering for sale infringing products in this judicial district, and by committing acts of trade dress and/or trademark infringement in this judicial district, including but not limited to selling infringing products in this district and selling into the stream of commerce knowing such products would be sold in California and in this district, the acts of 24K Cosmetics form a substantial part of the events or omissions giving rise to Beauty 21's claims.

3. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## II. THE PARTIES

4. Plaintiff Beauty 21 Cosmetics, Inc. is a California corporation having its principal place of business at 2021 South Archibald Avenue, Ontario, California 91761.

5. Beauty 21 is informed and believes, and thereupon alleges, that 24K Cosmetics Inc. is a New Jersey corporation with a principal place of business at 74 Louis Ct., South Hackensack, New Jersey 07606.

/ / /

6. Beauty 21 is informed and believes, and thereupon alleges, that 24K Cosmetics incorporated in 2015 and operates the website izmeusa.com.

### III. BACKGROUND

### Beauty 21's Registered Trademark and Trade Dress

7. Since the 1980's, Beauty 21 has developed and globally distributed high quality beauty products for women of every demographic. Beauty 21 promotes and sells beauty products around the world under the well-known brand "L.A. Girl." Beauty 21 operates a website, www.lagirlusa.com, to promote and sell its products in markets domestic and abroad. It also sells products through many wholesale and retail channels, including large national retailers such as ULTA and CVS. Beauty 21 spends significant time and money to continuously promote, advertise, and market its products.

8. By 2010, Beauty 21 had developed and begun distributing L.A. Girl® makeup concealer products sold under the name PRO.conceal®. Beauty 21's PRO.conceal® products have been sold in retail outlets around the United States, and over the internet. The PRO.conceal® products have been very successful in the marketplace, they are widely known by customers of beauty products, and customers that purchase cosmetics from Beauty 21 have come to expect a high level of quality in the products.

9. To help protect Beauty 21's investment in the development of its cosmetics products, Beauty 21 obtained United States Trademark Registration No. 4,811,939 for the mark "PRO.conceal" in International Class 3 for Face Preparation, namely, concealer, liquid makeup. The mark was first used in commerce in July 2010, and it was registered on September 15, 2015. Attached hereto as Exhibit 1 is a true and correct copy of Beauty 21's trademark registration, which is incorporated herein by reference.

10. Beauty 21's PRO.conceal® mark has not been abandoned, canceled, or revoked. Beauty 21's PRO.conceal® mark constitutes an

-2-

enforceable trademark that uniquely identifies the associated product as emanating from, sponsored by, and/or authorized by Beauty 21.

11. As a result of the widespread use and display of the PRO.conceal® mark as a distinctive trademark identifying specific concealer products, (a) the public has come to recognize and identify products bearing the PRO.conceal® mark as an L.A. Girl® product emanating from Beauty 21, (b) the public recognizes that products bearing the PRO.conceal® mark constitutes a quality product that conforms to the specifications created by Beauty 21, and (c) the PRO.conceal® mark has established secondary meaning and substantial goodwill.

12. Beauty 21's PRO.conceal® makeup concealer products are encased in a container that presents a distinctive appearance that constitutes a protectable trade dress (the "Beauty 21 Trade Dress"). An example is shown below.



13. The Beauty 21 Trade Dress includes a combination of elements that includes shaping, a coloring arrangement, and a presentation of text that includes multiple directions, multiple typefaces, and multiple fonts. Taken together, the elements create a distinctive appearance.

14. As a result of Beauty 21's widespread use and display of the distinctive container associated with its PRO.conceal® products, (a) the public has come to recognize and identify cosmetics products bearing the Beauty 21 Trade Dress as an L.A. Girl® product emanating from Beauty 21, (b) the public recognizes that products bearing the Beauty 21 Trade Dress constitute quality products that conform to the specifications of Beauty 21, and (c) the Beauty 21 Trade Dress has established secondary meaning and substantial goodwill.

## 24K Cosmetics' Accused Acts

15. Beauty 21 is informed and believes, and thereupon alleges, that 24K Cosmetics is a very young company that has begun advertising, offering for sale, and/or selling beauty products, including concealer products, through its website izmeusa.com and through wholesale and retail channels.

16. Beauty 21 is informed and believes, and thereupon alleges, that, without permission or authority from Beauty 21, 24K Cosmetics has been making, using, promoting, advertising, selling, and/or offering for sale cosmetics products using a product name "PROConcealer" that is confusingly similar to Beauty 21's registered trademark PRO.conceal®. Beauty 21 is informed and believes, and thereupon alleges, that these acts by 24K Cosmetics are targeted at the same customers as Beauty 21's cosmetics products using the same marketing and advertising channels.

17. Beauty 21 is informed and believes, and thereupon alleges, that, without permission or authority from Beauty 21, 24K Cosmetics has been making, using, promoting, advertising, selling, and/or offering for sale cosmetics products with a product container that is confusingly similar to the

-4-

Beauty 21 Trade Dress. Beauty 21 is informed and believes, and thereupon alleges, that these acts by 24K Cosmetics are targeted at the same customers as Beauty 21's cosmetics products using the same marketing and advertising channels. Below is a side-by-side comparison of Beauty 21's distinctive container, on the left, and 24K Cosmetics' container, on the right:




**Beauty 21**  **24K Cosmetics**

18. Beauty 21 is informed and believes, and on that basis alleges, that 24K Cosmetics' unauthorized use of Beauty 21's PRO.conceal® mark and the Beauty 21 Trade Dress is intended to trade upon the goodwill and substantial recognition associated with Beauty 21's PRO.conceal products.

19. Beauty 21 is informed and believes, and on that basis alleges, that 24K Cosmetics is using Beauty 21's PRO.conceal® mark and the Beauty 21

-5-

Trade Dress in an attempt to associate itself with Beauty 21 or otherwise trade upon Beauty 21's reputation.

20. Beauty 21 is informed and believes, and on that basis alleges, that 24K Cosmetics' use of a name similar to Beauty 21's PRO.conceal® mark and use of a container similar to the Beauty 21 Trade Dress is designed to cause confusion, mistake or deception.

21. Beauty 21 is informed and believes, and on that basis alleges, that it is 24K Cosmetics' purpose to cause consumers and potential customers to believe that 24K Cosmetics' accused cosmetics products and containers are associated with, affiliated with, or sponsored by Beauty 21.

22. Beauty 21 is informed and believes, and on that basis alleges, that 24K Cosmetics' acts complained of herein are willful and deliberate.

## IV. FIRST CLAIM FOR RELIEF

(Federal Trademark Infringement)
(15 U.S.C. § 1114)

23. Beauty 21 hereby repeats, realleges, and incorporates by reference Paragraphs 1–22 of this Complaint as if set forth fully herein.

24. This is a claim for trademark infringement arising under 15 U.S.C. § 1114.

25. Upon information and belief, 24K Cosmetics is involved in the manufacture, sale, offer for sale, distribution, import and/or export of cosmetics products in connection with Beauty 21's registered mark PRO.conceal® without Beauty 21's consent.

26. Upon information and belief, long after Beauty 21's adoption and use of the mark PRO.conceal®, and after the federal registration of the mark, 24K Cosmetics has affixed and used in commerce colorable imitations of the mark without Beauty 21's consent in a manner that infringes upon Beauty 21's rights in the mark in violation of 15 U.S.C. § 1114.

-6-

27.     Without Beauty 21's consent, 24K Cosmetics uses in commerce marks that are confusingly similar to the PRO.conceal® mark in connection with the sale, offering for sale, distribution, or advertising of goods in a manner that is likely to cause confusion, or to cause mistake, or to deceive.

28.     Beauty 21 is informed and believes, and thereon alleges, that 24K Cosmetics did so with actual knowledge of Beauty 21's ownership and prior use of the PRO.conceal® mark, and with the intent to unfairly compete with Beauty 21, to trade upon Beauty 21's reputation and goodwill by causing confusion and mistake among customers and the public, and to deceive the public into believing that 24K Cosmetics' beauty products are associated with, sponsored by, originate from, or are approved by Beauty 21, when they are not.

29.     Beauty 21 is informed and believes, and thereon alleges, that 24K Cosmetics' activities constitute willful and intentional infringement of the PRO.conceal® mark in disregard of Beauty 21's proprietary rights, and were done despite 24K Cosmetics' knowledge that the use of the PRO.conceal® mark was and is in direct contravention of Beauty 21's rights.

30.     Beauty 21 is informed and believes, and thereon alleges, that 24K Cosmetics has derived and received, and will continue to derive and receive, gains, profits, and advantages from the use of the PRO.conceal® mark in an amount that is not presently known to Beauty 21.  By reason of 24K Cosmetics' actions, constituting unauthorized use of the PRO.conceal® mark, Beauty 21 has been damaged and is entitled to monetary relief in an amount to be determined at trial.

31.     Due to 24K Cosmetics' actions, constituting unauthorized use of the PRO.conceal® mark, Beauty 21 has suffered and continues to suffer great and irreparable injury, for which Beauty 21 has no adequate remedy at law.

/ / /

/ / /

## V. SECOND CLAIM FOR RELIEF

(Federal Unfair Competition & False Designation of Origin)
(15 U.S.C. § 1125(a))

32. Beauty 21 hereby repeats, realleges, and incorporates by reference Paragraphs 1–31 of this Complaint as if set forth fully herein.

33. This is a claim for unfair competition and false designation of origin arising under 15 U.S.C. § 1125(a).

34. 24K Cosmetics' use of the PRO.conceal® mark without Beauty 21's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods or commercial activities by another person in violation of 15 U.S.C. § 1125(a).

35. 24K Cosmetics' use of the PRO.conceal® mark without Beauty 21's consent constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods or commercial activities in violation of 15 U.S.C. § 1125(a).

36. Such conduct by 24K Cosmetics is likely to confuse, mislead, and deceive 24K Cosmetics' customers, purchasers, and members of the public as to the origin of the PRO.conceal® mark or cause said persons to believe that 24K Cosmetics and/or its products have been sponsored, approved, authorized, or licensed by Beauty 21 or are in some way affiliated or connected with Beauty 21, when they are not, all in violation of 15 U.S.C. § 1125(a).

/ / /

/ / /

-8-

37. Upon information and belief, 24K Cosmetics' actions were undertaken willfully with full knowledge of the falsity of such designation of origin and false descriptions or representations.

38. Beauty 21 is informed and believes, and thereon alleges, that 24K Cosmetics has derived and received, and will continue to derive and receive, gains, profits, and advantages from 24K Cosmetics' false designation of origin, false or misleading statements, descriptions of fact, or false or misleading representations of fact in an amount that is not presently known to Beauty 21. By reason of 24K Cosmetics' actions, constituting false designation of origin, false or misleading statements, false or misleading descriptions of fact, or false or misleading representations of fact, Beauty 21 has been damaged and is entitled to monetary relief in an amount to be determined at trial.

39. Due to 24K Cosmetics' actions, constituting false designation of origin, false or misleading statements, false or misleading description of fact, or false or misleading representations of fact, Beauty 21 has suffered and continues to suffer great and irreparable injury, for which Beauty 21 has no adequate remedy at law.

## VI.  THIRD CLAIM FOR RELIEF

(Federal Trade Dress Infringement)
(15 U.S.C. § 1125(a))

40. Beauty 21 hereby repeats, realleges, and incorporates by reference Paragraphs 1–39 of this Complaint as if set forth fully herein.

41. This is a claim for trade dress infringement under 15 U.S.C. § 1125(a).

42. As a result of the widespread use and display of the Beauty 21 Trade Dress, the trade dress has acquired secondary meaning to potential purchasers, in that potential purchasers have come to associate cosmetics products bearing the design of the Beauty 21 Trade Dress with Beauty 21.

-9-

43. Subsequent to Beauty 21's use and adoption of the Beauty 21 Trade Dress, 24K Cosmetics has developed, advertised, and sold cosmetics products that use trade dress that is confusingly similar to the Beauty 21 Trade Dress. For example, 24K Cosmetics' PROConcealer products use trade dress that is confusingly similar to the Beauty 21 Trade Dress.

44. 24K Cosmetics' use of these features in connection with its cosmetics products constitutes a false designation of origin that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of 24K Cosmetics with Beauty 21.

45. 24K Cosmetics' false designation of origin, when used in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of 24K Cosmetics' goods by representing to consumers that 24K Cosmetics' products have the same nature, characteristics, qualities, and origin as Beauty 21's products.

46. Upon information and belief, 24K Cosmetics' acts of trade dress infringement were undertaken willfully with full knowledge of the falsity of such designation of origin and false descriptions or representations, and with the express intent to cause confusion, and to mislead and deceive the purchasing public.

47. Beauty 21 is informed and believes, and thereon alleges, that 24K Cosmetics has derived and received, and will continue to derive and receive, gains, profits and advantages from 24K Cosmetics' trade dress infringement in an amount that is not presently known to Beauty 21. By reason of 24K Cosmetics' actions, constituting trade dress infringement, Beauty 21 has been damaged and is entitled to monetary relief in an amount to be determined at trial.

/ / /

/ / /

-10-

48. Due to 24K Cosmetics' actions, constituting trade dress infringement, Beauty 21 has suffered and continues to suffer great and irreparable injury, for which Beauty 21 has no adequate remedy at law.

## IV. **DEMAND FOR JUDGMENT**

WHEREFORE, Beauty 21 prays for judgment in its favor against 24K Cosmetics for the following relief:

A. That the Court enter judgment in favor of Beauty 21 and against 24K Cosmetics on all claims for relief alleged herein.

B. That the Court enter judgment that 24K Cosmetics has violated the provisions of 15 U.S.C. § 1114 by infringing Beauty 21's PRO.conceal® mark through the marketing, sale and promotion of 24K Cosmetics products under a confusingly similar name.

C. That the Court enter judgment that 24K Cosmetics has violated the provisions of 15 U.S.C. § 1125(a) by falsely designating the origin of its cosmetics products by creating confusion as to the sponsorship or affiliation of its PROConcealer products with Beauty 21, and by infringing the Beauty 21 Trade Dress through the marketing, sale and promotion of 24K Cosmetics' confusingly similar cosmetics containers.

D. A preliminary and permanent injunction against 24K Cosmetics, its officers, agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in active concert or participation with 24K Cosmetics, enjoining them from engaging in the following activities and from assisting or inducing, directly or indirectly, others to engage in the following activities:

    1. using the PRO.conceal® mark in connection with 24K Cosmetics' goods, using the PRO.conceal® mark in advertising or promoting 24K Cosmetics' goods, and/or using confusingly similar variations of the PRO.conceal® mark in any manner that is likely to

-11-

create the impression that 24K Cosmetics' goods originate from Beauty 21, are endorsed by Beauty 21, or are connected in any way with Beauty 21;

    2.    using the Beauty 21 Trade Dress in connection with 24K Cosmetics' goods, using the Beauty 21 Trade Dress in advertising or promoting 24K Cosmetics' goods, and/or using confusingly similar variations of the Beauty 21 Trade Dress in any manner that is likely to create the impression that 24K Cosmetics' goods originate from Beauty 21, are endorsed by Beauty 21, or are connected in any way with Beauty 21;

    3.    otherwise infringing the PRO.conceal® mark or the Beauty 21 Trade Dress;

    4.    falsely designating the origin of 24K Cosmetics' goods; and

    5.    unfairly competing with Beauty 21 in any manner whatsoever.

    E.    That 24K Cosmetics be directed to file with this Court and serve on Beauty 21 within thirty (30) days after the service of the injunction, a report, in writing, under oath, setting forth in detail the manner and form in which 24K Cosmetics has complied with the injunction.

    F.    That 24K Cosmetics be required to account for any and all profits derived by its acts of trademark infringement, false designation of origin, and trade dress infringement complained of in this Complaint.

    G.    That 24K Cosmetics be ordered to pay over to Beauty 21 all damages that Beauty 21 has sustained as a consequence of the acts complained of herein, subject to proof at trial.

    H.    That 24K Cosmetics' acts of trademark infringement, false designation of origin, and trade dress infringement complained of in this

Complaint be deemed willful, that this be deemed an exceptional case, and that Beauty 21 be entitled to enhanced damages.

I. That an award of reasonable costs, expenses and attorneys' fees be awarded to Beauty 21 pursuant to 15 U.S.C. § 1117.

J. That 24K Cosmetics be required to deliver and destroy all devices, literature, advertising, goods, products, bottles, packaging, and other materials bearing the infringing trademark and/or the infringing trade dress pursuant to 15 U.S.C. § 1118.

K. That Beauty 21 be awarded such other and further relief as this Court may deem just and proper.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 24, 2017        By: */s/ David G. Jankowski*
                                 Michael H. Trenholm
                                 David G. Jankowski

                                 Attorneys for Plaintiff
                                 BEAUTY 21 COSMETICS, INC.

| | |
|---|---|
| 1 | **<u>DEMAND FOR TRIAL BY JURY</u>** |
| 2 | Plaintiff Beauty 21 Cosmetics, Inc. hereby demands a trial by jury on all |
| 3 | issues so triable. |

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 24, 2017      By:  */s/ David G. Jankowski*
                                Michael H. Trenholm
                                David G. Jankowski

                                Attorneys for Plaintiff,
                                BEAUTY 21 COSMETICS, INC.

25766895

-14-