NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael H. Trenholm
David Jankowski
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

ATTORNEY(S) FOR: Beauty 21 Cosmetics, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BEAUTY 21 COSMETICS, INC.

Plaintiff(s),

v.

24K COSMETICS INC.

Defendant(s)

CASE NUMBER:

5:17-cv-00783

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Beauty 21 Cosmetics, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Beauty 21 Cosmetics, Inc. | Plaintiff |
| 24K Cosmetics Inc. | Defendant |

04/24/2017
Date

/s/ David G. Jankowski
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Beauty 21 Cosmetics, Inc.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES