1 | Michael H. Trenholm (Bar No. 163,291)
2 | Mike.Trenholm@knobbe.com
  | David G. Jankowski (Bar No. 205,634)
3 | David.Jankowski@knobbe.com
  | KNOBBE, MARTENS, OLSON & BEAR, LLP
4 | 2040 Main Street, 14th Floor
5 | Irvine, CA  92614
  | Telephone:  949-760-0404
6 | Facsimile:  949-760-9502
7 | Attorneys for Plaintiff BEAUTY 21 COSMETICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTY 21 COSMETICS, INC., a California corporation, | Civil Action No. 5:17-CV-783 ODW(KKx) |
| Plaintiff, | **NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| 24K COSMETICS INC., a New Jersey corporation; | |
| Defendant. | |

Plaintiff BEAUTY 21 COSMETICS, INC. hereby submits the attached proof of service of the Summons and Complaint on Defendant 24K Cosmetics Inc.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  May 5, 2017           By: */s/ David G. Jankowski*
                                   Michael H. Trenholm
                                   David G. Jankowski

                                   Attorneys for Plaintiff
                                   BEAUTY 21 COSMETICS, INC.

25852912

-1-

| Attorney or Party without Attorney:<br>KNOBBE MARTENS OLSON & BEAR LLP<br>DAVID G. JANKOWSKI, ESQ. (205,634)<br>2040 MAIN STREET 14TH FLOOR<br>IRVINE, CA 92614<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: PLAINTIFF | | Ref. No. or File No.:<br>B21CL.046L | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: BEAUTY 21 COSMETICS, INC., A CALIFORNIA CORPORATION<br>Defendant: 24K COSMETICS INC., A NEW JERSEY CORPORATION | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-cv-00783 ODW-KK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND TRADE DRESS INFRINGEMENT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, CIVIL MINUTES-GENERAL.

3. a. Party served: 24K COSMETICS INC., A NEW JERSEY CORPORATION
   b. Person served: ROBERT C. GABRIELSKI, AGENT FOR SERVICE OF PROCESS
   PURSUANT TO F.R.C.P. RULE 4

4. Address where the party was served: 400 CROSSING BLVD., 8TH FLOOR, BRIDGEWATER, NJ 08807

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 28 2017 (2) at: 01:29 PM

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. Person Who Served Papers:
   a. Manny Bayo
   b. FIRST LEGAL NETWORK
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   d. The Fee for Service was: $309.25
   e. I am Not A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: Wed, May 03, 2017

5-4-17
(Date)           (Signature)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

1396901
(11149450)