Michael H. Trenholm (Bar No. 163,291)
mike.trenholm@knobbe.com
David G. Jankowski (Bar No. 205,634)
david.jankowski@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff and Counterdefendant
BEAUTY 21 COSMETICS, INC.

[*Attorneys for Defendant and Counterclaimant 24K COSMETICS INC. list on the following page*]

JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BEAUTY 21 COSMETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>24K COSMETICS INC., a New Jersey corporation;<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 5:17-CV-783 ODW(KKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Otis D. Wright, II |

1   The Court, having reviewed the parties' Stipulated Voluntary Dismissal,
2   HEREBY ORDERS that this action is dismissed with prejudice in its entirety
3   pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure,
4   each party to bear its own attorneys' fees and costs.
5   **SO ORDERED.**

Dated: March 21, 2018        By: _____
                             Honorable Otis D. Wright, II
                             United States District Judge

-1-